**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector GONZALEZ–SERMENIO,**
**Defendant–Appellant.**

**No. 08–50490.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 13, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Caroline Han, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Keith H. Rutman, Law Offices of Keith H. Rutman, San Diego, CA, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Hector Gonzalez–Sermenio appeals from the 51–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gonzalez–Sermenio contends that his sentence is unreasonable because it is significantly longer than the sentence he would have received had he accepted a fast-track plea agreement. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), the sentence is reasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007); *see also United States*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Gonzalez–Zotelo,* 556 F.3d 736, 739–41 (9th Cir.2009).

**AFFIRMED.**